# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00361-CV

**M. B., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 466TH DISTRICT COURT OF COMAL COUNTY
### NO. C2023-1410E, THE HONORABLE MELISSA MCCLENAHAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss asserting that she no longer wishes to pursue an appeal in this matter.  We grant the motion and dismiss this appeal.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed on Appellant's Motion

Filed:   July 17, 2024